UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   
    Darnell McCollum  
    Letitia A Mccollum  
        Debtor(s)

Case No. 13 B 16448

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/19/2013.

2) The plan was confirmed on 06/27/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/27/2013, 05/08/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/25/2014.

5) The case was Converted on 06/11/2015.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $27,969.44 |
| Less amount refunded to debtor | $1,178.20 |

**NET RECEIPTS:** $26,791.24

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,488.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,067.80 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,555.80

Attorney fees paid and disclosed by debtor: $12.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Advocate Medical Group | Unsecured | 1,153.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | NA | 304.63 | 304.63 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 945.00 | 824.28 | 824.28 | 0.00 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 0.00 | 652.50 | 652.50 | 0.00 | 0.00 |
| Bradford Anderson Oglesby Pub | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | NA | 149.48 | 149.48 | 0.00 | 0.00 |
| Columbia House Dvd C | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| Consumer Portfolio Svc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dish | Unsecured | 956.00 | NA | NA | 0.00 | 0.00 |
| G M A C | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ginny's | Unsecured | 253.00 | 159.26 | 159.26 | 0.00 | 0.00 |
| Heather Medical Associates Ltd | Unsecured | 153.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 154.14 | 154.14 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 0.00 | 221.00 | 221.00 | 221.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 709.05 | 709.05 | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 6,457.00 | 6,497.22 | 6,497.22 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,385.40 | 1,244.02 | 1,244.02 | 1,244.02 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 141.38 | 141.38 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 237.40 | 237.40 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 292.31 | 292.31 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 9,216.18 | 9,216.18 | 9,216.18 | 7,060.71 | 468.80 |
| Just Energy | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Massey's | Unsecured | NA | 243.45 | 243.45 | 0.00 | 0.00 |
| Mci | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| Midwest Title Loans | Secured | 473.00 | 391.34 | 391.34 | 391.34 | 4.84 |
| Millicorp | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| Monterey Financial Services | Unsecured | NA | 0.00 | 198.52 | 0.00 | 0.00 |
| Monterey Financial Services | Secured | 100.00 | 298.52 | 100.00 | 100.00 | 0.40 |
| Montgomery Ward | Unsecured | NA | 142.19 | 142.19 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Nelnet | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 618.00 | 1,020.48 | 1,020.48 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 609.00 | 609.78 | 609.78 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 437.00 | 437.35 | 437.35 | 0.00 | 0.00 |
| QVC Inc. Easy Pay | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 722.62 | 722.62 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 703.38 | 703.38 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 51.00 | 51.85 | 51.85 | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 159.00 | 253.38 | 253.38 | 0.00 | 0.00 |
| St James Hospital Credit Union | Unsecured | 1,312.00 | 1,312.14 | 1,312.14 | 0.00 | 0.00 |
| Suburban Emergency Physicians | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| Wellgroup Healthpartners | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Secured | 20,980.00 | 20,985.64 | 20,985.64 | 11,443.95 | 1,300.38 |
| Wells Fargo Bank | Secured | 2,674.98 | 0.00 | 0.00 | 0.00 | 0.00 |
| Wells Fargo Bank | Secured | 89,000.00 | 85,740.19 | 85,740.19 | 0.00 | 0.00 |
| Wells Fargo Home Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $85,740.19 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $30,593.16 | $18,896.00 | $1,774.02 |
| All Other Secured | $100.00 | $100.00 | $0.40 |
| **TOTAL SECURED:** | **$116,433.35** | **$18,996.00** | **$1,774.42** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,465.02 | $1,465.02 | $0.00 |
| **TOTAL PRIORITY:** | **$1,465.02** | **$1,465.02** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$15,816.79** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,555.80 |
| Disbursements to Creditors | $22,235.44 |
| **TOTAL DISBURSEMENTS** : | **$26,791.24** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/28/2015          By: /s/ Marilyn O. Marshall
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**